United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 25, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20200
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAMONA RODRIGUEZ, also known as Monica,

Defendant-Appellant.

---------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:00-CR-291-8
---------------------

Before DAVIS, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

Counsel appointed to represent Ramona Rodriguez has requested leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Rodriguez has filed a pro se appellate brief in response to counsel's motion to withdraw. Our independent review of the briefs and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. See 5TH CIR. R. 42.2.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.